# Third District Court of Appeal

## State of Florida

Opinion filed January 19, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1548
Lower Tribunal No. 19-32391
_____

**Save Grove Isle, LLC, et al.,**
Appellants,

vs.

**The City of Miami, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Michael A. Hanzman, Judge.

Law Offices of Alan Goldfarb, P.A., and Alan Goldfarb, and David C. Appleby, for appellants.

Victoria Méndez, City Attorney, and John A. Greco, Deputy City Attorney, and Kerri L. McNulty, Senior Appellate Counsel, for appellee The City of Miami; White & Case LLP, and Raoul G. Cantero, and Maria J. Beguiristain; and Shubin & Bass, P.A., and John K. Shubin and Juan J. Farach, for appellee Grove Isle Associates, LLLP.

Before LOGUE, SCALES and HENDON, JJ.

ON MOTION FOR CLARIFICATION

PER CURIAM.

We grant the Appellee's motion for clarification, withdraw our previously issued opinion dated December 1, 2021, and substitute the following in its place.

Save Grove Isle, LLC, et al. ("SGI") appeals from an order dismissing with prejudice its third amended complaint against Grove Isle Associates, LLLP and The City of Miami. Based on our de novo review of the record, the extensive litigation history and our prior rulings,[1] we conclude SGI's arguments are without merit and affirm the dismissal with prejudice as to Grove Isle Associates, LLLP and The City of Miami.

Affirmed.

---

[1] Preserve Grove Isle, LLC v. Grove Isle Yacht & Tennis Club, 319 So. 3d 786 (Fla. 3d DCA 2021) (3D20-830, affirming the final judgment approving the Settlement Agreement); see also Grove Isle Ass'n, Inc. v. Grove Isle Associates, LLLP, 137 So. 3d 1081(Fla. 3d DCA 2014).